UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-03526-ODW(Ex) | Date | June 30, 2015 |
|---|---|---|---|
| Title | Andrew Melonson v. Target Corporation | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)   Order Vacating Hearing on** MOTION to Remand Case [**12**] and MOTION to Change Venue [**13**]

   The hearing on the above-referenced MOTIONS, scheduled for July 6, 2015 at 1:30 P.M., are hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matters stands submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |